DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

DAVID EDWARD MCKEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2534

—————————————————

February 11, 2026

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.